IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 13-cv-538-wmc

DARREN D. MELLUM, DAVID W. MELLUM,
BARBARA E. MELLUM and CATERPILLAR
FINANCIAL SERVICES, CORP.,

    Defendants.

## DEFAULT JUDGMENT OF FORECLOSURE AND SALE

The defendants, Darren D. Mellum, David W. Mellum, Barbara E. Mellum and Caterpillar Financial Services, Corp., having failed to appear, plead or otherwise defend in this action, and default having been entered on February 12, 2014, and counsel for plaintiff United States of America having requested judgment against the defaulted defendants and having filed a proper motion and declaration in accordance with Fed. R. Civ. P. 55(a) and (b);

Judgment is hereby entered in favor of plaintiff and against defendants as follows:

1) Plaintiff is entitled to recover from defendant Darren Mellum the sum of $54,310.30;

2) Plaintiff is entitled to immediate possession of the items of security on which Farm Service Agency has a security interest, as set forth in Attachment B to plaintiff's proposed findings of fact and conclusions of law, which is also attached to this judgment for reference;

3) Plaintiff is entitled to judgment of foreclosure and sale in the usual form on the property identified in ¶ 2 above;

4) The items of security described in ¶ 2 may be sold individually or as a whole at public or private sale;

5) Sale of the items of security described in ¶ 2 shall be conducted by or under the direction of the United States Marshal for the Western District of Wisconsin or the Farm Service Agency;

6) Defendants and all their heirs, and all persons claiming under them, shall be forever barred and foreclosed of all right, title, interest and equity of redemption in said items of security so sold; and

7) Plaintiff is awarded interest on the award of damages from the date of judgment as set forth in 28 U.S.C. § 1961(a).

Approved as to form this 16th day of May, 2014.

_____
William M. Conley
U.S. District Judge

_____       5/19/14
Peter Oppeneer                                      Date
Clerk of Court

ATTACHMENT B

UNITED STATES OF AMERICA v. DARREN DAVID MELLUM, et. al.
Case Number 13-vc-538-wmc

LIST OF ITEMS OF SECURITY

A. All crops, annual and perennial, and other plant or farm products now planted, growing or grown, or harvested or which were planted by Darren Mellum in Iowa County, Wisconsin, after the Security Agreement was signed on October 27, 2009, or otherwise become growing or harvested crops or other plant products (1) within the one-year period or any longer period of years permissible under State law, or (2) at any time after the Security Agreement was signed on October 27, 2009, if no fixed maximum period is prescribed by State law, including crops and plant products now planted, to be planted or harvested by Darren Mellum in Iowa County, Wisconsin.

B. All farm and other equipment (except small tools and small equipment such as hand tools, power lawn mowers, and other items of like type), and inventory, now owned or hereafter acquired by Defendant Mellum, together with all replacements, substitutions, additions, and accessions thereto, including but not limited to the following:

Items of Farm and Other Equipment

| ITEM NO. | QTY | DESCRIPTION | MANUFACTURER | TYPE | SERIAL NO. |
|---|---|---|---|---|---|
| 1 | 1 | Tractor (2wd) | Case | 1370 | 8721675 |
| 2 | 1 | Tractor (2wd) | John Deere | 4320 | 7613R020300R |
| 3 | 8 | Skid Steer Attachments (2 material buckets, 2 grappel buckets, 1 brush mower, pallet forks, and wood splitter) | | | |
| 4 | 1 | Combine (Side Hill Special) 2wd-4 row corn head & Flex head included | John Deere | 6620 | 404890 |
| 5 | 1 | Bale Rack w/ 8 ton running gear | | Stel | |
| 6 | 1 | Bale Rack w/ 8 ton running gear | H&S | | |
| 7 | 1 | Round Baler | New Idea | 486 | 13926 |
| 8 | 1 | Disc Bine | New Idea | 9ft/5209 | |
| 9 | 1 | 5 Wheel Rake w/ cart | | | |
| 10 | 1 | Corn Planter | John Deere | 4row/7000 | |
| 11 | 1 | Soil Perforator | Land Pride | | |
| 12 | 1 | Grain Drill | John Deere | 10'+ | |
| 13 | 1 | Gravity Box w/ 10T running | Killsbros | 350 bu | |

| ITEM NO. | QTY | DESCRIPTION | MANUFACTURER | TYPE | SERIAL NO. |
|---|---|---|---|---|---|
|  |  | gear |  |  |  |
| 14 | 2 | Gravity boxes 185 bu w/ 6t gear, 250 bu w/ 8t running gear |  |  |  |
| 15 | 1 | Plow/harrow | John Deere | 5-16" |  |
| 16 | 1 | Plow | Keverland | 4-16" |  |
| 17 | 1 | Field Cultivator | IH | 24' |  |
| 18 | 1 | Chisel Plow | Krause | 9 shank |  |
| 19 | 1 | Disc | Massey Ferguson | 20 Ft |  |
| 20 | 1 | Disc | Krause | 12' |  |
| 21 | 1 | Cultivator | IH | 83/4row |  |
| 22 | 1 | Cultivator | Brillion | 4 Row |  |
| 23 | 1 | Dump Wagon |  | 6' x 14' |  |
| 24 | 1 | 3pt Box Blade |  | 8 ft |  |
| 25 | 1 | Goose neck trailer w/ ramps |  | 6' x 24' |  |
| 26 | 1 | Skid Steer Trailer |  |  |  |
| 27 | 1 | Dump Trailer | Load Trail | 14' |  |
| 28 | 1 | Manure Spreader | New Holland | 329 |  |
| 29 | 1 | Hyd. Drive Hay Elevator |  |  |  |
| 30 | 1 | Rotary Hoe | M&W |  |  |
| 31 | 1 | Bale Elevator | Allied | 35 ft |  |
| 32 | 1 | Tractor (4 wd) | Case | 2670 | 10026591 |

C. All livestock (except livestock and poultry kept primarily for subsistence purposes), fish, bees, birds, furbearing animals, other animals produced or used for commercial purposes, and supplies, now owned or hereafter acquired by Defendant Darren Mellum, together with all increases, replacements, substitutions, and additions thereto, including but not limited to the following:

Items or Class of Livestock

| ITEM NO. | QTY | DESCRIPTION | BREED | COLOR |
|---|---|---|---|---|
| 1 | 6 | Cattle - Beef - Calves - 500 # | Hereford | Red |
| 2 | 1 | Cattle - Beef - Fat Cattle | Hereford | Red |
| 3 | 3 | Dairy Cattle - Dairy Steers Fat | Holstein | B&W |
| 4 | 6 | Cattle - Beef-Cows to Calve | Hereford | Red |

2